# Order

Michigan Supreme Court
Lansing, Michigan

February 24, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137180(20)

JUDD H. HART, ALICIA HART, DOUGLAS
FILO, MARA FILO, LOUIS WARNER, and
DONALDA WARNER,
      Plaintiffs-Appellants,

v

LISA ANDERSON, GALE S. RODGERS,
JEANETTE A. RODGERS, BETTY RODGERS,
RODGERS FAMILY LIVING TRUST, and
GRANDVIEW BEACH ASSOCIATION,
      Defendants-Appellees.

SC: 137180
COA: 284235
Cheboygan CC: 02-006981-CH

_____/

On order of the Court, the motion for reconsideration of this Court's November 25, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

d0217